IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DARICE BUTLER                  :
                               :
     v.                        :    CIVIL NO. CCB-14-2322
                               :
APARTMENT INVESTMENT AND       :
MANAGEMENT COMPANY             :

...o0o...

## **ORDER**

Considering the parties joint stipulation, it is hereby **ORDERED** that:

1. this case is **Remanded** to the Circuit Court for Howard County; and

2. the Clerk shall CLOSE this case.


<u>November 21, 2014</u>                           /s/
Date                                        Catherine C. Blake
                                            United States District Judge